IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JEAN-FRANCOIS PETERSON,**

    Petitioner,

vs.                                           Case No. 4:15cv199-RH/CAS

**ERIC HOLDER, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

On April 7, 2015, a petition for writ of habeas corpus was received from Petitioner Jean-Francois Peterson. Doc. 1. At the time the petition was submitted, Petitioner indicated he was detained at the Wakulla County Jail. He advised that a final order of removal had been entered on March 18, 2015, and he sought to have the order of removal deferred so that he could be granted asylum. Doc. 1 at 6.

The Clerk of Court sent Petitioner a Notice pursuant to the standard practice of this Court. Doc. 2. The following day, an Order was sent to Petitioner advising that he must either pay the filing fee for this case or submit a motion requesting leave to proceed in forma pauperis. Doc. 3. Both the notice, doc. 4, and the Order, doc. 5, have now been returned to the Court as undeliverable. A stamp on the mail return indicates

Petitioner is no longer at the Jail.  Doc. 4.  An effort to verify Petitioner's status from the Department of Homeland Security's online "Detainee Locator System" was unsuccessful as the online status shows Petitioner is not in custody.

Because Petitioner did not pay the filing fee or submit an in forma pauperis motion, the case has not technically been filed under N.D. Fla. Loc. R. 5.1(H).  Nevertheless, this case cannot proceed as mail cannot reach Petitioner.  Accordingly, it is recommended that this case be dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on April 27, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:15cv199-RH/CAS